| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>STEWART, JANICE M. | 2. Court or Organization<br><br>DISTRICT COURT - OREGON | 3. Date of Report<br><br>04/29/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>1107 US COURTHOUSE<br>1000 SW THIRD AVE<br>PORTLAND, OR 97204 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | RAINCLOUD PARTNERSHIP |
| 2. | MEMBER | LOGAN C. STEWART, LLC |
| 3. | DIRECTOR | NORTHWEST NEIGHBORHOOD CULTURAL CENTER |
| 4. | MEMBER | ▆▆ GLADSTONE, LLC |
| 5. | MEMBER | ▆▆ OVERTON, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2013 | McEWEN & GISVOLD, LLP - PAYMENTS DUE FROM WORK PERFORMED PRIOR TO 12/3/10 RETIREMENT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. US BANK | GUARANTY FOR MORTGAGE HELD BY ▉ GLADSTONE, LLC (Part VII, line 168 ) | O |
| 2. US BANK | GUARANTY FOR MORTGAGE HELD BY ▉ OVERTON, LLC (Part VII, line 169) | O |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   BROKERAGE ACCOUNT # 1 (H): | | | | | | | | | |
| 2.   -APPLE | A | Dividend | | | Sold | 5/23/13 | K | A | |
| 3.   -BP AMOCO PLC ADS | A | Dividend | J | T | | | | | |
| 4.   -BRISTOL MYERS SQUIBB | B | Dividend | K | T | | | | | |
| 5.   -GOLDMAN SACHS | B | Dividend | M | T | | | | | |
| 6.   -INTEL CORP. | D | Dividend | M | T | Sold (part) | 05/23/13 | J | A | |
| 7.   -IBM CORP. | A | Dividend | K | T | | | | | |
| 8.   -MAINSTAY MARKETFIELD C | A | Dividend | M | T | Buy | 11/11/13 | M | | |
| 9.   -MERCK & CO | C | Dividend | M | T | | | | | |
| 10.  -MICROSOFT | D | Dividend | N | T | | | | | |
| 11.  -SAFEWAY INC COM NEW | B | Dividend | | | Sold | 10/29/13 | L | F | |
| 12.  -SPDR TRUST | C | Dividend | N | T | Sold (part) | 5/30/13 | L | D | |
| 13. | | | | | Buy (add'l) | 9/6/13 | M | | |
| 14.  -US TREASURY BOND | A | Interest | | | Redeemed | 2/20/13 | L | A | |
| 15.  -MS ACTIVE ASSETS TAX FR TRUST | A | Dividend | N | T | | | | | |
| 16.  -VANGUARD MID-CAP ETF INDEX | B | Dividend | M | T | Buy | 11/18/13 | M | | |
| 17.  -VANGUARD S&P 500 | D | Dividend | N | T | Buy (add'l) | 02/20/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 5/23/13 | L | D | |
| 19.  NEW ALTERNATIVES FUND, INC. | A | Dividend | J | T | | | | | |
| 20.  IRA ACCOUNT # 2: | E | Dividend | O | T | | | | | |
| 21.  -ALPS ETF TR ALERIAN MLP ETF | | | | | Buy | 11/22/13 | K | | |
| 22.  -ISHARES S&P 500 INDEX | | | | | | | | | |
| 23.  -VANGUARD INT'L EQUITY INDEX FDS MSCI | | | | | Sold (part) | 11/22/13 | K | A | |
| 24.  -VANGUARD INDEX MID CAP | | | | | | | | | |
| 25.  -VANGUARD INDEX SMALL CAP | | | | | | | | | |
| 26.  -FIDELITY NEW MARKETS INCOME | | | | | | | | | |
| 27.  -FIDELITY STRATEGIC INCOME | | | | | | | | | |
| 28.  -FDIC INSURED DEPOSIT at Fifth Third Bank | | | | | | | | | |
| 29.  ▨ IRA # 1 (H): | | | | | | | | | |
| 30.  -SPDR DJIA TRUST | D | Dividend | O | T | Buy (add'l) | 2/19/13 | O | | |
| 31.  -SPDR TRUST SERIES 1 | E | Dividend | O | T | Buy (add'l) | 2/19/13 | O | | |
| 32.  -VANGUARD S&P 500 ETF | D | Dividend | N | T | Buy (add'l) | 2/20/13 | K | | |
| 33.  ▨ IRA # 2 (H): | | | | | | | | | |
| 34.  -SPDR DJIA TRUST | A | Dividend | | | Merged (with line 30) | 2/19/13 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.       IRA # 3 (H): | | | | | | | | | |
| 36.   -SPDR TRUST SERIES 1 | D | Dividend | | | Merged (with line 31) | 2/19/13 | O | | |
| 37.       IRA # 4: | A | Dividend | L | T | | | | | |
| 38.   -MCEWEN GISVOLD LLP 401K | | | | | | | | | |
| 39.       TRUST # 1: | D | Int./Div. | O | T | | | | | |
| 40.   -ML BANK (formerly MTB TREASURY) | | | | | | | | | |
| 41.   -US TREASURY BONDS | | | | | | | | | |
| 42.   -AT&T INC. | | | | | | | | | |
| 43.   -ALCATEL-LUCENT. | | | | | Sold | 12/19/13 | K | A | |
| 44.   -COMCAST CORP. | | | | | | | | | |
| 45.   -EXELON CORP | | | | | | | | | |
| 46.   -EXXON MOBIL CORP. | | | | | | | | | |
| 47.   -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 48.   -FRONTIER COMMUNICATIONS, INC. | | | | | | | | | |
| 49.   -IMATION CORP. | | | | | | | | | |
| 50.   -3M COMPANY | | | | | | | | | |
| 51.   -PITNEY BOWES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -PFIZER | | | | | | | | | |
| 53.   -VANGUARD SHORT TERM INV GRADE | | | | | | | | | |
| 54.   -VERIZON COMMUNICATIONS | | | | | | | | | |
| 55.   _____ TRUST # 2: | F | Int./Div. | P1 | T | | | | | |
| 56.   -ML BANK (formerly M&T BANK MTB TREASURY) | | | | | | | | | |
| 57.   -US TREASURY BONDS AND NOTES | | | | | | | | | |
| 58.   -ALCOA, INC. | | | | | Sold | 07/25/13 | J | D | |
| 59.   -BP AMOCO PLC | | | | | Sold | 11/13/13 | M | E | |
| 60.   -DOW CHEMICAL CO. | | | | | Sold | 07/25/13 | M | A | |
| 61.   -DUPONT E I DE NEMOURS & CO. | | | | | Sold | 07/25/13 | L | F | |
| 62.   -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 63.   -FORD MOTOR | | | | | Sold | 11/13/13 | K | A | |
| 64.   -FRONTIER COMMUNICATIONS, INC., | | | | | | | | | |
| 65.   -GENERAL ELECTRIC CO. | | | | | | | | | |
| 66.   -IBM | | | | | | | | | |
| 67.   -JP MORGAN CHASE & CO. | | | | | | | | | |
| 68.   -MBIA, INC. | | | | | Sold | 07/25/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MERCK & CO, INC. | | | | | | | | | |
| 70. -MONTPELIER RE HOLDINGS | | | | | Sold | 07/25/13 | M | E | |
| 71. -3M COMPANY | | | | | | | | | |
| 72. -PFIZER | | | | | Sold | 11/13/13 | J | D | |
| 73. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 74. -VANGUAD SMALL CAP FUND | | | | | | | | | |
| 75. -VANGUARD MID CAP FUND | | | | | | | | | |
| 76. -VANGUARD TOTAL STK MKT | | | | | Buy | 07/25/13 | M | | |
| 77. | | | | | Buy (add'l) | 08/23/13 | L | | |
| 78. | | | | | Buy (add'l) | 09/26/13 | L | | |
| 79. -VAN KAMPEN UNIT TRUST | | | | | Sold | 11/13/13 | L | E | |
| 80. -VERIZON COMMUNICATIONS | | | | | | | | | |
| 81. -WELLS FARGO & CO NEW | | | | | Sold (part) | 07/25/13 | J | D | |
| 82. | | | | | Sold | 11/13/13 | J | E | |
| 83. -HILLCORP | | Royalty | | W | | | | | |
| 84. ▉ TRUST # 3: | F | Int./Div. | P1 | T | | | | | |
| 85. -US TREASURY BILLS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -ML BANK | | | | | | | | | |
| 87.  -US TREASURY BONDS | | | | | | | | | |
| 88.  -AT&T INC | | | | | | | | | |
| 89.  -ALCOA INC. | | | | | | | | | |
| 90.  -SECTOR SPDR UTILITIES SELECT SECTOR | | | | | Sold | 11/13/13 | M | E | |
| 91.  -CITIGROUP, INC. | | | | | Sold | 11/13/13 | J | A | |
| 92.  -COCA COLA CO. | | | | | | | | | |
| 93.  -COFFEE CO XPN (Y) | | | | | | | | | |
| 94.  -COLGATE-PALMOLIVE CO. | | | | | | | | | |
| 95.  -DEMASTER BLENDERS 1753 | | | | | | | | | |
| 96.  -DOW CHEMICAL CO. | | | | | | | | | |
| 97.  -EXPRESS SCRIPTS HOLDING | | | | | | | | | |
| 98.  -EXXON MOBILE CORP. | | | | | | | | | |
| 99.  -GENERAL ELECTRIC CO. | | | | | | | | | |
| 100. -HANES BRANDS INC. | | | | | | | | | |
| 101. -HILLSHIRE BRANDS CO | | | | | | | | | |
| 102. -IBM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -INTEL CORP. | | | | | Sold | 11/13/13 | J | A | |
| 104. -INVESCO | | | | | Buy | 07/23/13 | L | | |
| 105. -ISHARES MSCI PACIFIC | | | | | | | | | |
| 106. -ISHARES TR DJ SEL DIV INX | | | | | | | | | |
| 107. -ISHARES iBOXXS | | | | | | | | | |
| 108. -JP MORGAN CHASE & CO | | | | | | | | | |
| 109. -MERCK & CO., INC. | | | | | | | | | |
| 110. -MICROSOFT CORP. | | | | | Sold | 11/13/13 | K | A | |
| 111. -PFIZER INC. | | | | | Sold (part) | 06/19/13 | J | D | |
| 112. -PLUM CREEK TIMBER CO. | | | | | | | | | |
| 113. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 114. -TECK RESOURCES LTD | | | | | | | | | |
| 115. -TRAVELERS COS. INC. | | | | | | | | | |
| 116. -UNION PAC CORP. | | | | | | | | | |
| 117. -VANGUARD SMALL CAP FUND | | | | | | | | | |
| 118. -VANGUARD MID CAP FUND | | | | | | | | | |
| 119. -VAN KAMPEN UNIT TRUST | | | | | Sold | 07/25/13 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ▩ TRUST #4 | E | Int./Div. | P1 | T | | | | | |
| 121. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |
| 122. -US TREASURY NOTES | | Interest | | | | | | | |
| 123. -US TREASURY BONDS | | Interest | | | | | | | |
| 124. -VANGUARD SMALL CAP FUND | | | | | | | | | |
| 125. -VANGUARD MID CAP FUND | | | | | | | | | |
| 126. -VAN KAMPEN UNIT TRUST | | | | | Sold | 07/25/13 | M | D | |
| 127. ▩ TRUST #5: | F | Int./Div. | P1 | T | | | | | |
| 128. -ML BANK | | | | | | | | | |
| 129. -AMN ELEC POWER CO. | | | | | Sold | 11/14/13 | J | A | |
| 130. -BRISTOL MYERS SQUIBB CO. | | | | | | | | | |
| 131. -CVS CAREMARK CORP. | | | | | | | | | |
| 132. -GENERAL ELECTRIC | | | | | Sold | 11/14/13 | M | A | |
| 133. -IBM | | | | | | | | | |
| 134. -INT'L PAPER CO. | | | | | | | | | |
| 135. -INVESCO | | | | | Buy | 07/23/13 | L | | |
| 136. -J.M. SMUCKER CO . | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -PEPSICO, INC. | | | | | | | | | |
| 138.  -PROCTOR & GAMBLE CO. | | | | | Sold | 07/25/13 | J | A | |
| 139.  -US TREASURY BONDS | | | | | | | | | |
| 140.  -VAN KAMPEN UNIT TR. | | | | | | | | | |
| 141.  -VANGUARD 500 INDEX FUND | | | | | | | | | |
| 142.  -VANGUAARD INTERIM TERM TREAS'Y | | | | | | | | | |
| 143.  -VANGUARD MID-CAP | | | | | Buy | 03/18/13 | K | | |
| 144.  -VANGUARD SMAL-CAP | | | | | Buy | 03/18/13 | K | | |
| 145.  -VANGUARD TOTAL STK MKT | | | | | | | | | |
| 146.  -WASHINGTON SUBN SAN. DIST. | | | | | | | | | |
| 147.  -YUM BRANDS, INC. | | | | | | | | | |
| 148.  -ZIMMER HOLDINGS, INC. | | | | | Sold | 11/14/13 | J | B | |
| 149.  KEY BANK OF OREGON ACCOUNT | A | Interest | J | T | | | | | |
| 150.  _____ TRUST # 1: | C | Dividend | | | Closed | 09/30/13 | O | | |
| 151.  -MORGAN STANLEY BANK | | | | | Distributed | 09/30/13 | J | | |
| 152.  -JP MORGAN CHASE & CO. | | | | | Sold | 04/18/13 | K | B | |
| 153.  -KELLOGG CO. | | | | | Sold | 04/18/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -KIMBERLY CLARK CORP. | | | | | Sold | 04/18/13 | L | B | |
| 155. -SONY CORP. | | | | | Sold | 04/18/13 | K | A | |
| 156. -SPDR TRUST | | | | | Distributed | 05/16/13 | N | | |
| 157. -TRAVELERS COS. INC. | | | | | Sold | 04/18/13 | K | D | |
| 158. -VANGUARD 500 INDEX | | | | | Distributed | 09/30/13 | M | | |
| 159. -VANGUARD MEGA CAP 300 GROWTH | | | | | Distributed | 09/30/13 | M | | |
| 160.         TRUST # 2: | B | Dividend | | | Closed | 08/12/13 | L | | |
| 161. -ALASKA AIR GROUP | | | | | Distributed | 12/13/13 | K | | |
| 162. -NIKE INC. | | | | | Distributed | 12/13/13 | M | | |
| 163. -SCHWAB MONEY MARKET FUND | | | | | Distributed | 12/13/13 | J | | |
| 164. RAINCLOUD TREE FARM | | None | N | Q | | | | | |
| 165. LOGAN CL STEWART PROPERTY LLC | | None | K | Q | | | | | |
| 166. RENTAL PROPERTY # 1, PORTLAND, OR (2006, $380,000) | D | Rent | N | R | | | | | |
| 167. RENTAL PROPERTY #2, PORTLAND, OR (2008, 42.8% int, $132,680) | | None | M | R | | | | | |
| 168.     GLADSTONE, LLC | B | Rent | O | R | | | | | |
| 169.     OVERTON, LLC | B | Rent | O | R | | | | | |
| 170. PERSONAL LOAN       - NOTE RECEIVABLE | D | Interest | | | Redeemed | 08/01/13 | N | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PERSONAL LOAN TO RON DOWNEY - NOTE RECEIVABLE | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 33:      IRA #2: Transferred to (or merged with)    IRA #1 on 2/19/13

VII. Line 35:      IRA #3: Transferred to (or merged with)    IRA #1 on 2/19/13

VII. Line 39:      Trust #1:    is 1/3 income beneficiary. Trustees are    Thomas A. Allen (Philadelphia, PA).

VII. Line 55:      Trust #2:    sole income beneficiary and became trustee in 1997. Assets include a 1/72 interest in a mineral lease, Point Coupee Parish, LA. The lessee is BP Amoco (fka Chevron). The valuation is an estimate obtained from a valuation on a deceased beneficiary's interest for estate purposes in 1998.

VII. Line 84:      Trust #3:    1/3 income beneficiary. Trustee is Thomas A. Alllen (Philadelphia, PA).

VII. Line 93: Sale of Coffee Co XPN on 7/9/2012 (Value = J; Gain = B) inadvertently omitted from prior report.

VII. Line 120 :      Trust #4:    1/3 income beneficiary. Trustees are    Thomas A. Allen (Phildelphia, PA).

VII. Line 127:      Trust #5: Created 4/16/07 from estate of spouse's father.    is 1/3 income beneficiary. Trustees are    Thomas A. Allen (Philadelphis, PA), and Ann Jobling (Louisville, KY). .

VII. Lines 150 & 160:      Independent (but not minor)    are beneficiairies and    is trustee. Both were terminated in 2013 and the assets were distributed to the beneficiaries.

VII. Lines 164 & 165: Raincloud Tree Farm consists of real property (    of timber property and rental houses in Clackamas County, Oregon) previously held in trust. Reporting person holds 1/3 (passive) partnership interest. The value of that interest is estimated based on timber and property appraisals dated 11/9/94 and 1/23/95, as well as updated appraisals in 11/97, 12/98, 12/00, 12/02, and 12/04.

VII. Line 168:      Gladstone, LLC, owns rental property located in Portland, Oregon; purchased 2/3 interest 8/7/2009 for $696,600.

VII. Line 169:      Overton, LLC, owns rental property located in Portland, Oregon; puchased 75% interest 5/30/2013 for $808,257.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANICE M. STEWART**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544